NTN BEARING CORPORATION OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORPORATION, NTN BOWER, INC. AND NTN CORPORATION, PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND THE TIMKEN COMPANY, DEFENDANT-INTERVENOR

Court No. 98–12–03232

Dated: June 13, 2003

## *JUDGMENT*

NICHOLAS TSOUCALAS, *Senior Judge*: This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *NTN Bearing Corp. of Am. v. United States*, 27 CIT ____ , 248 F. Supp. 2d 1256 (2003) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

ORDERED that the Remand Results filed by Commerce on April 24, 2003 are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.